RAYMOND J. ETCHEVERRY (1010)
MARK A. GLICK (6093)
PARSONS BEHLE & LATIMER
201 South Main Street #1800
P.O. Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Stericycle, Inc.

FILED
U.S. DISTRICT COURT

2006 MAY 22 P 4: 24

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MDL-1546 IN RE: MEDICAL WASTE SERVICES ANTITRUST LITIGATION | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to:<br><br>*Sorensen v. Stericycle*, Case No. 2:03CV179 | Case No. 2:03MD1546DAK<br><br>Honorable Dale A. Kimball<br><br>Magistrate Samuel Alba |

Based upon the Stipulation of Plaintiff and Defendant Stericycle, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims and causes of action alleged by Plaintiff against Stericycle in this matter are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

849040.1

ENTERED this 19th day of ~~April~~ May, 2006.

BY THE COURT:

_____
HONORABLE DALE A. KIMBALL

APPROVED AS TO FORM AND CONTENT:

PARSONS BEHLE & LATIMER

By _____
   Raymond J. Etcheverry
   Attorneys for Stericycle, Inc.

BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.

By _____
   Francis J. Balint, Jr.
   Attorneys for Plaintiffs